# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Susan Collins Trudeau<br>　　　Plaintiff, | APPEARANCE | FILED |
| v. | | 2004 FEB -9 A 8: 41 |
| Great American Insurance<br>Company,<br>　　　Defendant | CASE NUMBER:　300CV0988 (RNC) | DISTRICT COURT<br>HARTFORD, CT. |

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for:
　　Plaintiff

| | |
|---|---|
| 2/5/04<br>Date | _____<br>Signature |
| 06074<br>Connecticut Federal Bar Number | Peter Goselin<br>Print Clearly or Type Name |
| (860) 233-9821<br>Telephone Number | 557 Prospect Avenue<br>Address |
| (860) 232-7818<br>Fax Number | Hartford, CT 06105 |
| pdgoselin@lapm.org<br>E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Felix J. Springer
Day Berry & Howard
City Place 1
Hartford, CT 06103-3499

David K. Montgomery, Esq
Keating, Muething & Klekamp, PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, OH 45202

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001